IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02135-BNB

MIKEAL GLENN STINE,

    Petitioner,

v.

[NO NAMED DEFENDANT],

    Defendant.

---

## DENIAL OF PETITION

---

    Plaintiff, Mikeal Glenn Stine, is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at ADX Florence. Mr. Stine, acting *pro se*, has submitted a request for an exception to the filing restrictions he is subject to pursuant to *Stine v. Lappin, et al.*, No. 07-cv-01839-WYD-KLM, ECF No. 344 at 30-32 (D. Colo. Sept. 1, 2009). He requests that the Court allow him to file a petition to proceed even though he is only allowed to have one petition pending at a time and he has a petition, Case No. 12-cv-01504-WJM, that currently is pending.

    Case No. 12-cv-01504-WJM was denied on August 10, 2012. Nonetheless, Mr. Stine's request to proceed with medical and dental claims is denied because he has failed to comply with the filing restrictions stated in Case No. 07-cv-01839-WYD-KLM.

    Mr. Stine is required to submit three separate documents that include specific information, including (1) the Petition Pursuant to Court Order; (2) an affidavit; and (3) a prisoner complaint form that contains the claims he desires to raise. Mr. Stine's request does not contain any of the specific information he is required to provide to the Court.

Accordingly, it is

ORDERED that the request for an exception to comply with his filing restrictions and proceed with medical and dental claims, ECF No. 1, is DENIED without prejudice.

DATED at Denver, Colorado, this  20th  day of    August           , 2012.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Judge